## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAURICE ALLISON MOORE, | ) | CASE NO. 4:08CV3036 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| ANNE HOBBS, Director for the | ) | |
| Nebraska Equal Opportunity | ) | |
| Commission, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Voluntary Dismissal (Filing No. 7), which the court construes as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41. Service of process has not yet occurred, nor have Defendants filed an answer or a motion for summary judgment. Plaintiff's Motion to Dismiss is therefore granted in accordance with Federal Rule of Civil Procedure 41(a)(1) and this matter is dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Voluntary Dismissal (Filing No. 7), construed as a motion to voluntarily dismiss, is granted and this matter is dismissed without prejudice; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 9th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge